IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAVE STRAWBERRY CANYON, a non-profit
California public benefit corporation;

    Plaintiff,

v.

STEVEN CHU, Secretary of the United States
Department of Energy; AUNDRA RICHARDS,
Site Office Manager, United States Department
of Energy Berkeley Site Office; UNITED
STATES DEPARTMENT OF ENERGY, a
federal agency; PAUL ALIVISATOS, Director
of Lawrence Berkeley National Laboratory; and
LAWRENCE BERKELEY NATIONAL
LABORATORY, a federal national laboratory;

    Defendants.

No. C10-0797 TEH

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: 03/08/10

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE